# IN THE UNITED STATES OF DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, UNIVERSITY OF GEORGIA, JERE WADE MOREHEAD, INDIVIDUALLY AND AS PRESIDENT UNIVERSITY OF GEORGIA, UNIVERSITY OF GEORGIA EQUAL OPPORTUNITY OFFICE, ERYN JANYCE DAWKINS, INDIVIDUALLY AND AS DIRECTOR EQUAL OPPORTUNITY OFFICE, UNIVERSITY OF GEORGIA, UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC., EDWARD MCMILLIAN TATE, INDIVIDUALLY AND AS VICE CHANCELLOR OF LEGAL AFFAIRS, UNIVERSITY OF GEORGIA AND C. DEAN ALFORD, P.E., INDIVIDUALLY AND AS MEMBER OF BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA. | Civil Action No.: 1:20-cv-04022-SDG |

Defendants.

## PLAINTIFF'S WITHDRAWAL OF MOTION TO PLAINTIFF'S MOTION TO PROCEED AS FICTITIOUS PARTY

Plaintiff, John Doe hereby withdraws it's Motion to Proceed as a Fictitious Party, without prejudice.

Respectfully submitted this 26th day of May 2021.

                                                    **DOROTHY SPINELLI PC**

                                                    By:  s/Dorothy Spinelli
                                                    Dorothy Spinelli
                                                    Georgia Bar No.  622927
                                                    *Attorney for Plaintiff*

1105 Town Blvd., #2506
Brookhaven, GA  30319
404-789-4635
E-mail:  dorothyspinelliesq@gmail.com